UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

Joseph S. Miller and
Diane P. Miller

Case No.:    11-10652

Debtor(s).

## FINAL REPORT AND ACCOUNTING

The above-referenced debtor, under Title 11, Chapter 11 in the United States Bankruptcy Court for the Western District of North Carolina, pursuant to the requirement of 11 U.S.C. § 1106(a)(7), now files this final account showing actual disbursements made.

| | | |
|---|---|---:|
| 1. | TRUSTEE COMPENSATION | 0 |
| 2. | ATTORNEY FOR TRUSTEE COMPENSATION | 0 |
| 3. | FEES AND EXPENSES OF OTHER PROFESSIONALS | |
| | a.   Attorney for the Debtor | 8,342.70 |
| | b.   Attorney for Creditors' Committee | 0 |
| | c.   Other Professionals (Specify) | 0 |
| | TOTAL FEES AND EXPENSES OF OTHER PROFESSIONALS (Totals of 3a through 3c) | 8,342.70 |
| 4. | PAYMENTS TO SECURED CREDITORS | 440,000.00 |
| 5. | PAYMENTS TO PRIORITY CREDITORS (Including 507(a) Administrative Claims) | 0 |
| 6. | PAYMENTS TO UNSECURED CREDITORS | 168,231.06 |
| 7. | PAYMENTS TO EQUITY SECURITY HOLDERS | 0 |
| 8. | OTHER DISTRIBUTIONS (Include surplus returned to debtor) | 0 |

**TOTAL GROSS CASH RECEIPTS**
(Total of lines 1,2,3,4,5,6,7 & 8)     616,573.76

Percentage paid or to be paid to Unsecured Creditors:    8.47%

Wherefore, the debtor submits this final account on this the ___1st___ day of ___May___, _2013_.

_____
Attorney for Debtor/Preparer

81 .   27119-281-6405