

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 11−10652
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph S. Miller | Diane P. Miller |
| 75 Quail Hollow Drive | 75 Quail Hollow Drive |
| Fairview, NC 28730 | Fairview, NC 28730 |
| Social Security No.: xxx−xx−5616 | Social Security No.: xxx−xx−3596 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- The chapter 11 case of the above named debtor is closed.

Dated: May 13, 2013                              BY THE COURT

                                                 George R. Hodges
                                                 United States Bankruptcy Judge

Electronically filed and signed (5/13/13)